IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAL BAKHRONOV ,                                    1:26–CV–05622–JLT–CDB  (HC)

                           Petitioner,              ORDER AUTHORIZING
                                                    IN FORMA PAUPERIS STATUS
                    vs.

TONYA ANDREWS,

                           Respondent.
_____ /

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.  The petition will be screened in due course.

SO ORDERED.

    DATED:  7/21/26                              /s/  Christopher D. Baker
                                                 United States Magistrate Judge