UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAL BAKHRONOV,

Petitioner,

v.

TONYA ANDREWS, *et al.*,

Respondents.

No. 1:26-cv-05622-JLT-CDB (HC)

ORDER GRANTING PETITIONER'S REQUEST TO EXTEND TIME TO FILE TRAVERSE

(Doc. 10)

**September 8, 2026, Deadline**

Clerk of the Court to Attach (Doc. 9) to Service Copy of This Order

Petitioner Amal Bakhronov ("Petitioner"), a federal immigration detainee, proceeds pro se and *in forma pauperis* with a petition for writ of habeas corpus filed under 28 U.S.C. § 2241 while in custody of the Immigration and Customs Enforcement ("ICE") at the Golden State Annex, located in McFarland, California, which is where he is currently detained. (Doc. 1). On July 21, 2026, the Court denied Petitioner's request for temporary restraining order as untimely and set a briefing schedule on the petition. (Doc. 7). On August 8, 2026, Respondents filed a response to the petition. (Doc. 9).

Pending before the Court is Petitioner's motion for an extension of time to file his traverse, filed on August 17, 2026. (Doc. 10). Petitioner represents that although Respondents filed their response on August 8, 2026, as of the date of the request, Petitioner has not received a copy of the response and has not been able to review or access the response through CM/ECF or PACER. *Id.*

at 1. Petitioner represents that his access to the detention facility's law library and his ability to prepare, copy, and send legal documents is limited and not consistently available. *Id.* Petitioner therefore requests the Court provide Petitioner with a copy of Respondents' response and grant Petitioner 14 days from the date he receives the response to file his traverse. *Id.* at 2.

Based on Petitioner's representations, the Court finds good cause to grant Petitioner's request for an extension of time to file his traverse to February 5, 2026. Additionally, as a one-time courtesy, the Court will direct the Clerk of the Court to attach a copy of Respondents' response (Doc. 9) to this order for Petitioner's review.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file any traverse on or before **September 8, 2026**;
2. If Petitioner fails to timely file a traverse, the merits of the petition shall be deemed submitted on the current record; and
3. The Clerk of the Court is DIRECTED to attach a copy of Respondents' response to the petition (Doc. 9) to this order.

IT IS SO ORDERED.

Dated: **August 18, 2026**

UNITED STATES MAGISTRATE JUDGE